# Court of Appeals
# of the State of Georgia

ATLANTA,  September 11, 2015

*The Court of Appeals hereby passes the following order:*

**A16A0021. VERNON CREWS v. THE STATE.**

Vernon Crews was convicted of four counts of child molestation and one count of aggravated sodomy, and his conviction was affirmed on appeal. See *Crews v. State*, 269 Ga. App. 814 (605 SE2d 381) (2004). Years later, Crews filed an extraordinary motion for new trial, which the trial court denied. Crews seeks to appeal this ruling.

An order denying an extraordinary motion for a new trial must be appealed by application for discretionary appeal. See OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997). Because Crews failed to comply with the discretionary appeal procedure, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*  09/11/2015
   *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

_____ *, Clerk.*